# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNELIUS WILSON

NO. 2024 KW 0699

OCTOBER 25, 2024

---

In Re:     Cornelius Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-12-0480.

---

BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT GRANTED IN PART; WRIT DENIED IN PART.** The district court's ruling summarily denying the claim of ineffective assistance of counsel for failure to move for reconsideration of sentence is reversed, and this matter is remanded to the district court for further proceedings. See **State v. Harris,** 2018-1012 (La. 7/9/20), 340 So.3d 845. The district court did not abuse its discretion in denying the remaining claims. Relator failed to establish that relief should be granted. See La. Code Crim. P. art. 930.2.

JMG

TPS

**Penzato, J.,** dissents in part and would deny the writ application on the showing made. Relator failed to include the Commissioner's recommendation which was relied upon by the district court in rendering its disposition. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT